Jeffrey Lee Costell (SBN 93688)
Alexandre Ian Cornelius (SBN 180652)
Matthew S. Urbach (SBN 192059)
COSTELL & CORNELIUS LAW CORP.
1299 Ocean Avenue, Suite 450
Santa Monica, CA 90401
Tel: (310) 458-5959 • Fax: (310) 458-7959

Attorneys for Plaintiff, Adda Smilove

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDA SMILOVE, an individual (suing herein by and through Jonathan Smilove, her attorney-in-fact),<br><br>                    Plaintiff,<br><br>v.<br><br>JASON TENZER, an individual; SELNADS, INC., a California corporation dba UIS INSURANCE SERVICES; JEREMY WARNER, an individual; JJW INSURANCE SERVICES, INC., a California corporation; LINCOLN NATIONAL CORPORATION, dba LINCOLN FINANCIAL GROUP, an Indiana corporation, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana corporation; and DOES 1-25, inclusive,<br><br>                    Defendants, | Case No.: 2:14-cv-9904 SJO (MANx)<br><br>[Assigned to the Hon. S. James Otero.]<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER REMANDING ENTIRE ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br><br>Complaint Filed: November 10, 2014<br>Trial Date:  None Set |

Pursuant to the stipulation of Counsel for Plaintiff ADDA SMILOVE ("Plaintiff") and Counsel for Defendants JASON TENZER, SELNADS, INC. dba UIS INSURANCE SERVICES, JEREMY WARNER, JJW INSURANCE SERVICES, INC. and LINCOLN NATIONAL CORPORATION, dba LINCOLN FINANCIAL GROUP and THE LINCOLN NATIONAL LIFE

1 INSURANCE COMPANY (collectively "Defendants"), it is hereby Ordered that
2 this entire action shall be remanded to the Superior Court of California, County
3 of Los Angeles, West District.
4     IT IS SO ORDERED.

DATED: January 29, 2015

_____
THE HONORABLE S. JAMES OTERO

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Santa Monica, California; my business address is Costell & Cornelius Law Corporation, 1299 Ocean Avenue, Suite 450, Santa Monica, California 90401.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR ORDER REMANDING ENTIRE ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

on the interested parties in said case as follows:

Served by Electronically
Via the Court's CM/ECF System

*See Attached Service List*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Santa Monica, California on January 27, 2015.

James R. Galliver            _____/s/ James R. Galliver_____
_____           (Signature of Declarant)
(Type or Print Name)

## SERVICE LIST

David I. Lefkowitz
dl@wplawgroup.com

Jose A. Mendoza
jmendoza@klinedinstlaw.com

Lindsey Nicole Heaton
lheaton@klinedinstlaw.com

Natalie Perrin-Smith Vance
nvance@klinedinstlaw.com

Anna Shiran
Anna.rassouli@dentons.com

Douglas Arthur Scullion
Doug.scullion@dentons.com